# IN THE SUPREME COURT OF THE STATE OF NEVADA

LANCE POSNER; AND EVA POSNER,
          Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,

          Respondents,

and

RONALD M. TASSELY,

          Real Party in Interest.

No. 70338

**FILED**

MAY 0 9 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges the propriety of the district court judge presiding over a hearing regarding a Rule 11 motion for sanctions. Having reviewed the petition and its accompanying motion for a stay, we decline to intervene. NRS 34.160. Accordingly, and without expressing any opinion on the merits of the issues raised in the petition, we deny the motion for stay and

ORDER the petition DENIED.

                                    , J.
                        Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-14492

cc: Hon. Ronald J. Israel, District Judge
Robert W. Lueck, Esq.
Nitz Walton & Heaton, Ltd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A